DOUGLAS KIRBY, by JOSEPH KIRBY, His Guardian ad Litem, Appellant, v.

ROSE A. RYAN, Respondent.— Judgment and order reversed on the law and the facts and a new trial granted, with costs to abide the event, on the ground that the verdict rendered in the infant's case was inadequate. Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ., concur.